**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
MARTAMARIA TOYO URDANETA,

                             Petitioner,                       26 **CIVIL** 1584 (JGK)

        -against-                                **JUDGMENT**

KENNETH GENALO, Field Office Director of
New York ICE Enforcement and Removal Operation;
OFFICER-IN-CHARGE/SUPERVISORY
DETENTION & DEPORTATION OFFICER, NYC
Field Office Hold Room (26 Federal Plaza); TODD
LYONS, Acting Director U.S. Immigration and
Customs Enforcement; KRISTI NOEM, Secretary,
U.S. Department of Homeland Security; PAMELA
BONDI, U.S. Attorney General; DEPARTMENT
OF HOMELAND SECURITY (DHS); EXECUTIVE
OFFICE OF IMMIGRATION REVIEW (EOIR),

                              Respondents.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated March 2, 2026, Ms. Urdaneta's Petition in this action is

GRANTED; accordingly, the case is closed.

**DATED:**  New York, New York
           March 5, 2026

                                 **TAMMI M. HELLWIG**
                               _____
                                   **Clerk of Court**

                **BY:**         *K. mango*

                                 _____
                                  **Deputy Clerk**